UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:99-CR-49-1-F
No. 7:03-CV-24-F

| | |
|---|---|
| CLAUDE WENDELL BELLAMY,<br>　　　　Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>　　　　Respondent. | ORDER |

　　Claude Wendell Bellamy again seeks a Certificate of Appealability of this court's denial of Bellamy's motions for post-conviction relief. Bellamy explains that he intends to appeal the court's denial of his motions. The undersigned has denied Bellamy's motions for a certificate on two prior occasions, as has the Fourth Circuit Court of Appeals. *See* [DE-279, -294].

　　Therefore, it is ORDERED that Claude Wendell Bellamy's most recent motion for Certificate of Appealability [DE-296] is DENIED.

　　SO ORDERED.

　　This the 1st day of October, 2010.

　　　　　　　　　　　　　　　　　　　*James C. Fox*
　　　　　　　　　　　　　　　　　　JAMES C. FOX
　　　　　　　　　　　　　　　　　　Senior United States District Judge