UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:99-CR-49-01-F1
No. 7:03-CV-24-F

| | | |
|---|---|---|
| CLAUDE W. BELLAMY,<br>   Petitioner, | )<br>)<br>) | |
| v. | ) | ORDER |
| UNITED STATES OF AMERICA,<br>   Respondent. | )<br>)<br>)<br>) | |

I, James C. Fox, United States District Judge for the Eastern District of North Carolina, having entered an order on February 3, 2009, [DE-248] denying the application for relief pursuant to 28 U.S.C. § 2255 from which the petitioner, Claude W. Bellamy, requests an appeal, am of the opinion that Bellamy has failed to make a substantial showing of the denial of a constitutional right, and that no reasonable jurist would find the district court's assessment of the Bellamy's constitutional claims debatable. Therefore, it is ORDERED that petitioner's April 6, 2011, Motion for Certificate of Appealability [DE-312] is DENIED.

The court notes that Bellamy's several prior motions for a Certificate have been denied and that those denials have been affirmed on appeal, with the appellate court, itself, declining more than once to issue a Certificate.

SO ORDERED.

This, the 2nd day of May, 2011.

                _____
                JAMES C. FOX
                Senior United States District Judge