UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:99-CR-49-1-F
No. 7:03-CV-24-F

| | |
|---|---|
| CLAUDE W. BELLAMY,<br>    Petitioner, | )<br>)<br>) |
| v. | )     <u>O R D E R</u> |
| | ) |
| UNITED STATES OF AMERICA,<br>    Respondent. | )<br>)<br>) |

This matter is before the court for ruling on Claude W. Bellamy's ("Claude") latest Motion for Certificate of Appealability. *See* [DE-325]. The court has lost count of Bellamy's requests for such relief in this court and in the court of appeals, each of which has been denied. Modifying for dates and docket numbers, the language of this court's May 2, 2011, Order [DE-316] denying another of Bellamy's recent motions, applies once again.

I, James C. Fox, Senior United States District Judge for the Eastern District of North Carolina, having entered an order on February 3, 2009, [DE-248] denying the application for relief pursuant to 28 U.S.C. § 2255 from which the petitioner, Claude W. Bellamy, requests another appeal, am of the opinion that Bellamy again has failed to make a substantial showing of the denial of a constitutional right, and that no reasonable jurist would find the district court's assessment of the Bellamy's constitutional claims debatable. Therefore, it is ORDERED that Bellamy's August 8, 2011, Motion for Certificate of Appealability [DE-325, as corrected by DE-327] is DENIED.

Once again, the court notes that Bellamy's several prior motions for a Certificate have been denied and that those denials have been affirmed on appeal, with the appellate court, itself, declining more than once to issue a Certificate.

SO ORDERED.

This the 24th day of August, 2011.

                                      JAMES C. FOX
                                      Senior United States District Judge