UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:99-CR-49-1-F
No. 7:03-CV-24-F

| | |
|---|---|
| CLAUDE W. BELLAMY,<br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Respondent. | )<br>)<br>)<br>)    ORDER<br>)<br>)<br>)<br>) |

Bellamy's Motion for Reconsideration [DE-336] is DENIED. He already has appealed this court's denial of relief by order of February 3, 2009 [DE-248], and Judgment [DE-249] entered that same date. *See* Notice of Appeal [DE-250]. The appeal was dismissed by the Fourth Circuit Court of Appeals in an unpublished opinion on November 5, 2009 [DE-263].

Since that date, Bellamy has filed repeated motions for relief, for certificates of appealability, then filed motions for reconsideration each time his appeal is dismissed. He has appealed most if not all orders entered in this court and in the Fourth Circuit Court of Appeals.

The court declines to issue a certificate of appealability for this order.

SO ORDERED.

This, the  19  day of October, 2011.

                                          JAMES C. FOX
                                          Senior United States District Judge